UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff<br><br>      vs.<br><br>Avila-Slache; Jimenez-Almarez<br>           Defendant(s) | CRIMINAL NO. 08mj2143<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

2008 JUL 25 A 11:13 — RECEIVED — U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Hector Perez-Martinez

DATED: 7/25/08

LEO S. PAPAS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

J. PARIS

W. SAMUEL HAMRICK, JR.  Clerk

by _____
    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082