FILED

2008 JUL 25  PM 2: 39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

08 CR 2484  JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) - Bringing in Illegal Aliens; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; Title 18, U.S.C., Sec. 111(a)(1) - Assault on a Federal Officer (Felony) |
| JESUS AVILA-SOLACHE (1), JESUS JIMENEZ-ALMAREZ (2), aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, | |
| Defendants. | |

The grand jury charges:

<u>Count 1</u>

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hector Perez-Martinez, had not received prior official authorization to come to,

//

CJB:em:San Diego
7/24/08

1  enter and reside in the United States, did bring to the United States

2  said alien for the purpose of commercial advantage and private

3  financial gain; in violation of Title 8, United States Code,

4  Section 1324(a)(2)(B)(ii), and Title 18, United States Code,

5  Section 2.

Count 2

7      On or about July 14, 2008, within the Southern District of

8  California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ,

9  aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent

10 to violate the immigration laws of the United States, did bring or

11 attempt to bring to the United States an alien, namely, Hector Perez-

12 Martinez, knowing that said person was an alien, at a place other than

13 a designated port of entry and at a place other than as designated

14 by the Department of Homeland Security; in violation of Title 8,

15 United States Code, Section 1324(a)(1)(A)(i).

Count 3

17     On or about July 14, 2008, within the Southern District of

18 California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ,

19 aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent

20 to violate the immigration laws of the United States, knowing and in

21 reckless disregard of the fact that an alien, namely, Hector Perez-

22 Martinez, had come to, entered and remained in the United States in

23 violation of law, did transport and move said alien within the United

24 States in furtherance of such violation of law; in violation of

25 Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

26 //

27 //

28 //

2

1                                Count 4

2       On or about July 14, 2008, within the Southern District of

3    California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ,

4    aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent

5    to violate the immigration laws of the United States, knowing and in

6    reckless disregard of the fact that an alien, namely, Martin

7    Rodriguez-Gonzalez, had not received prior official authorization to

8    come to, enter and reside in the United States, did bring to the

9    United States said alien for the purpose of commercial advantage and

10   private financial gain; in violation of Title 8, United States Code,

11   Section 1324(a)(2)(B)(ii), and Title 18, United States Code,

12   Section 2.

13                               Count 5

14      On or about July 14, 2008, within the Southern District of

15   California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ,

16   aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent

17   to violate the immigration laws of the United States, did bring or

18   attempt to bring to the United States an alien, namely, Martin

19   Rodriguez-Gonzalez, knowing that said person was an alien, at a place

20   other than a designated port of entry and at a place other than as

21   designated by the Department of Homeland Security; in violation of

22   Title 8, United States Code, Section 1324(a)(1)(A)(i).

23                               Count 6

24      On or about July 14, 2008, within the Southern District of

25   California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ,

26   aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent

27   to violate the immigration laws of the United States, knowing and in

28   reckless disregard of the fact that an alien, namely, Martin

                                    3

1  Rodriguez-Gonzalez, had come to, entered and remained in the United
2  States in violation of law, did transport and move said alien within
3  the United States in furtherance of such violation of law; in
4  violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii)
5  and (v)(II).

Count 7

7      On or about July 14, 2008, within the Southern District of
8  California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ,
9  aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent
10  to violate the immigration laws of the United States, knowing and in
11  reckless disregard of the fact that an alien, namely, Juan Martinez-
12  Rivera, had not received prior official authorization to come to,
13  enter and reside in the United States, did bring to the United States
14  said alien for the purpose of commercial advantage and private
15  financial gain; in violation of Title 8, United States Code,
16  Section 1324(a)(2)(B)(ii), and Title 18, United States Code,
17  Section 2.

Count 8

19      On or about July 14, 2008, within the Southern District of
20  California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ,
21  aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent
22  to violate the immigration laws of the United States, did bring or
23  attempt to bring to the United States an alien, namely, Juan Martinez-
24  Rivera, knowing that said person was an alien, at a place other than
25  a designated port of entry and at a place other than as designated
26  by the Department of Homeland Security; in violation of Title 8,
27  United States Code, Section 1324(a)(1)(A)(i).
28  //

4

Count 9

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Martinez-Rivera, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324 (a)(1)(A)(ii) and (v)(II).

Count 10

On or about July 14, 2008, within the Southern District of California, defendant JESUS AVILA-SOLACHE did knowingly and intentionally and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Customs and Border Protection, Marine Interdiction Agent P. Frith, in that defendant JESUS AVILA-SOLACHE by directing the spinning propeller of the boat's motor towards the body of Marine Interdiction Agent P. Frith and by punching him repeatedly with a closed fist, while Agent P. Frith was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: July 25, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

5