UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> JESUS AVILA-SOLACHE, ET AL ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08cr2484 / 08mj2143 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

MARTIN RODRIGUEZ-GONZALEZ

DATED: 7/25/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                   DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
    Deputy Clerk

J. JARABEK

CLERK'S OFFICE COPY                              ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95